**Order entered November 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01352-CV

### IN RE MARIO RODRIGUEZ, Relator

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-13-72121**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    DOUGLAS S. LANG
        JUSTICE